**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 00-7237**

─────────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

ARNOLD MURDOCK,

                              Defendant - Appellant.

─────────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CR-
92-301-S)

─────────────

Submitted: January 18, 2001          Decided: January 24, 2001

─────────────

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Arnold Murdock, Appellant Pro Se. Joyce Kallam McDonald, Assistant
United States Attorney, Baltimore, Maryland, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Arnold Murdock appeals the district court's order denying him an extension of time in which to file a notice of appeal of his conviction and sentence.[*] We have reviewed the record and the district court's order and find no reversible error. Accordingly, we deny Murdock's motion for leave to proceed in forma pauperis, deny his motion for a certificate of appealability, and dismiss on the reasoning of the district court. United States v. Murdock, No. CR-92-301-S (D. Md. Aug. 10, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Final judgment was entered in Murdock's case in 1993. Therefore, the district court construed Murdock's notice of appeal, filed July 31, 2000, as a motion for extension of time to file an appeal.